UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRENDAN K. COCHRANE, Plaintiff, -v- DIRECTORS GUILD OF AMERICA, et al., Defendants. | : | 25-CV-01541 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On July 24, 2025, the Court stayed discovery in this matter pending resolution of the Defendants' Motion to Dismiss the Amended Complaint, ECF No. 39. ECF No. 46. On August 22, 2026, Plaintiff filed a letter motion seeking clarification regarding accounting and work authorization matters. ECF No. 61. Specifically, in connection with separate arbitration and state-court proceedings, *see generally* ECF Nos. 61-1, 61-2, 61-8, Plaintiff requests the Court to (1) "clarify [whether] Plaintiff may pursue and obtain an accounting concerning the continuing exploitation of *Equal Standard* while this action remains pending," (2) "clarify [whether] the pendency of this action does not itself prevent the DGA from communicating with distributors, licensees, retailers, or their counsel concerning *Equal Standard* or from obtaining existing distribution, licensing, sales, and accounting records," (3) direct "the DGA . . . to state whether any present restriction exists preventing Plaintiff or Digital Seven LLC from entering into DGA-covered employment or production agreements and, if so, identify the specific contractual or other authority supporting that restriction," and (4) direct "the DGA . . . to clarify the present status and disposition of DGA Case No. 10009052, including whether the arbitration was

withdrawn or otherwise terminated without an award against Digital Seven LLC." ECF No. 61 at 3.

"[T]he oldest and most consistent thread in the federal law of justiciability is that the federal courts will not give advisory opinions." *Flast v. Cohen*, 392 U.S. 83, 96 (1968) (citation omitted). "This means that federal courts may not give an opinion advising what the law would be upon a hypothetical state of facts." *Ass'n of Car Wash Owners Inc. v. City of New York*, 911 F.3d 74, 85 (2d Cir. 2018) (cleaned up). Additionally, besides the state-court judgment, ECF No. 61-8 at 15—the enforcement of which is not directly at issue in this action—Plaintiff does not identify any legal authority or other basis to support his requests. The Court therefore **DENIES** Plaintiff's motion.

The Clerk of Court is directed to terminate ECF No. 61.

SO ORDERED.

Dated: August 31, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge